JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT ELLIOT WOLFFE, | ) | No. CV 13-06413-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing made on a <u>de novo</u> basis consistent with the Memorandum Opinion.

DATED: July 8, 2014              /s/
                          VICTOR B. KENTON
                          UNITED STATES MAGISTRATE JUDGE